E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 11-4795-GHK (JEMx) | Date | July 8, 2011 |
| Title | *Michelin Fashion, Inc. v. Creative Apparel Resource LLC, et al.* | | |

**Presiding: The Honorable**      **GEORGE H. KING, U. S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

None      None

**Proceedings:**      **(In Chambers) Order re:** (1) Defendants' Motion to Dismiss; (2) Order to Show Cause re: Sanctions

     Defendants Creative Apparel Resrouce, LLC and Mary Bang (collectively, "Defendants") filed a Motion to Dismiss ("Motion") Plaintiff Michelin Fashion, Inc.'s ("Plaintiff") Complaint on June 13, 2011. The Motion was set for hearing on July 18, 2011. In accordance with Local Rule 7-9, Plaintiff's Opposition was due not later than twenty-one days before the hearing–in this case, by no later than June 27, 2011. Without explanation or requesting leave of the Court, Plaintiff untimely filed its Opposition on July 5, 2011. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE within ten (10) days hereof** why he and his counsel should not be sanctioned for failing to comply with the local rules, including the imposition of a monetary sanction and/or the non-consideration of Plaintiff's untimely Opposition.

     We have also received the Parties' Stipulation Regarding Deadlines. We approve the Parties' Stipulation, with the following modifications: the Motion is hereby **TAKEN OFF CALENDAR** and the July 18, 2011 hearing date is **VACATED**. Defendants **SHALL** file any Reply by July 18, 2011. This matter will be taken under submission without oral argument on August 1, 2011, unless the Court orders otherwise after reviewing Plaintiff's response to our Order to Show Cause.

     **IT IS SO ORDERED.**

--    :    --

Initials of Deputy Clerk      Bea