UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-4795-GHK(JEMx) | Date | JUNE 26, 2012 |
|---|---|---|---|
| Title | MICHELIN FASHION, INC. vs. CREATIVE APPAREL RESOURCE, LLC, et al. | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| (NONE) | | (NONE) |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS

      On November 16, 2011, we issued our scheduling order in this action. Among other things, we directed the parties to comply with Local Rule 16-15 by conducting a settlement conference before the assigned magistrate judge by no later than June 8, 2012. We also directed counsel to notify the court clerk forthwith if the case settles, or file a joint status report within 48 hours of termination of settlement discussions if the case does not settle.

      To date, counsel have neither notified our clerk that the case settled, not filed any joint status report stating that the case did not settle. Moreover, Judge McDermott has advised us that the parties have not scheduled a settlement conference with him to date.

      Accordingly, the parties and their counsel are hereby ORDERED TO SHOW CAUSE, in writing within 12 days hereof, why they should not be sanctioned for their apparent failure to comply with our scheduling order as set forth above. Failure to timely and adequately show cause as required herein will result in the imposition of an appropriate monetary sanction against the offending party/counsel. Moreover, if plaintiff fails to timely and adequately show cause, we will also deem such failure as plaintiff's abandonment of this action. In that event, in addition to any monetary sanctions, we will dismiss this action for plaintiff's failure to diligently prosecute and for its violation of our orders.

      IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | IR for   Bea | |